IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01494-PAB

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

GLOBAL CELLULAR, INC., a Georgia Corporation, and
CELLAIRIS FRANCHISE, INC., a Georgia corporation,

    Defendants.

_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

This matter comes before the Court upon a Complaint filed by the Plaintiff alleging the infringement of a patent. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate. It is

ORDERED that:

1. A hearing is set for **August 22, 2011 at 1:30 p.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars. This is not a scheduling conference. The parties should not submit a proposed scheduling order.

2. Out of town counsel are encouraged to appear by telephone given the short duration of these hearings. Any counsel who wishes to appear by telephone for the hearing shall notify Chambers at (303) 335-3794 in advance of the hearing to arrange for telephonic appearance.

3.       Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Whether there are issues of claim construction.
- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- If a *Markman* hearing is required, whether discovery is necessary prior to such hearing. If so, what discovery is required. (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Whether there are any other issues or impediments to the setting of a *Markman* hearing.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

DATED August 11, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge