IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: 11-cv-01494-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: September 20, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company, | James Beard
Kelly Frazier
Rachael Lamkin |
| Plaintiff, | |
| v. | |
| GLOBAL CELLULAR, INC., a Georgia Corporation, and
CELLAIRIS FRANCHISE, INC., a Georgia corporation, | Sanford Asman
John Sivertsen |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session:     10:44 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding Defendants' Motion to Stay Pending ITC Investigation and the time frame of this matter.

Discussion regarding the need for a Markman Hearing.

**ORDERED:** Plaintiff shall file an Unopposed Motion for Leave to File a Second Amended Complaint, with an attached Second Amended Complaint, no later than 5:00 p.m. on Friday, September 23, 2011.

**ORDERED:** The Court stays the briefing on the current Motion to Dismiss.

**ORDERED:** Defendants' Motion to Stay Pending ITC Investigation [Doc. No. 24] is DENIED.

**ORDERED:** Parties shall contact Magistrate Judge Shaffer's Chambers to schedule a Telephonic Scheduling Conference.

HEARING CONCLUDED.

**Court in recess:** **11:23 a.m.**
Total time in court: 00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.