IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01494-PAB-CBS

OTTER PRODUCTS, LLC, a Colorado
Limited Liability Company,

    *Plaintiff*,

v.

GLOBAL CELLULAR, INC., a Georgia
Corporation, and CELLAIRIS
FRANCHISE, INC., a Georgia
corporation,

    *Defendants*.

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Otter Products, LLC ("OtterBox"), and defendant Global Cellular, Inc. ("Global," collectively, "the Parties"), through counsel, respectfully move this Court for entry of the attached Consent Decree. As grounds for this Motion, the Parties state that:

1.    This is an action arising under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.*

FILED UNDER SEAL

2. The Parties have agreed to conditions described in the attached Consent Decree, filed under seal with this Motion as an exhibit thereto;

3. The Parties have entered into this Consent Decree for the purpose of resolving the complaint of OtterBox against Global.

WHEREFORE, OtterBox and Global respectfully pray that this joint motion be granted and the Court enter the Consent Decree under seal.

DATED: November 17, 2011

| TURNER BOYD LLP | SHERIDAN ROSS P.C. |
|---|---|
| */s/ James W. Beard* | */s/ John Posthumus* |
| Karen I. Boyd | **John R. Posthumus** |
| Rachael Lamkin | 1560 Broadway, Suite 1200 |
| **James W. Beard** | Denver, Colorado 80202 |
| 2570 W. El Camino Real, Suite 380 | Email:   jposthumus@sheridanross.com |
| Mountain View, California 94040 |              litigation@sheridanross.com |
| Email:   boyd@turnerboyd.com | Telephone: (303) 863-9700 |
|              beard@turnerboyd.com | Facsimile:  (303) 863-0223 |
|              lamkin@turnerboyd.com | |
| Telephone: (650) 521-5930 | *Attorney for Defendants Global Cellular, Inc. and Cellairis Franchise, Inc.* |
| Facsimile:  (650) 521-5931 | |
| *Attorneys for Otterbox Products, LLC* | |

FILED UNDER SEAL

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California; my business address is 2570 W. El Camino Real, Suite 380, Mountain View, CA 94040; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

### JOINT MOTION FOR ENTRY OF CONSENT DECREE

on the parties shown below, which was filed under seal on this date using the Electronic Case Filing system for the District Court for the District of Colorado:

SHERIDAN ROSS P.C.
John R. Posthumus
1560 Broadway, Suite 1200
Denver, Colorado 80202

*Attorney for Defendants Global Cellular, Inc. and Cellairis Franchise, Inc.*

　X　 (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

Executed this 17th day of November 2011 at Mountain View, California.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　James W. Beard

FILED UNDER SEAL