# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| OTTER PRODUCTS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>GLOBAL CELLULAR, INC.<br>AND CELLAIRIS FRANCHISE, INC.<br><br>*Defendants.* | Civil Action No.: 1:11-cv-01494 |

## CONSENT DECREE

Upon consent of the Plaintiff Otter Products, LLC ("OtterBox") and the Defendant Global Cellular, Inc. ("Global Cellular"), it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. This Court has jurisdiction over the parties and the subject matter of this action pursuant to 35 U.S.C. § 100 *et seq.* and 28 U.S.C. §§ 1331, 1338(a) and 1367. Venue in this district is proper pursuant to 28 U.S.C. § 1391. The Parties previously stipulated to dismiss Cellairis Franchise, Inc., another defendant in this action, pursuant to Fed. R. Civ. P. 41(a)(2). D.I. 47.

2. OtterBox manufactures and sells a variety of protective cases and packaging to protect handheld devices.

3. Global Cellular sells a variety of protective cases, including products made by OtterBox, for handheld devices, to both retail and end-user customers.

4. This Consent Decree shall not be construed as an admission of liability by Global Cellular of any claims in the lawsuit, or otherwise. Any and all allegations of liability and wrongdoing are expressly denied by Global Cellular.

5. Global Cellular, and its subsidiaries, successors, and assigns are IMMEDIATELY and PERMANENTLY ENJOINED from selling the protective cases identified below and featured in the attached Exhibit A:

(1) Shell Shock iPhone 3G;

(2) Shell Shock iPhone 4;

(3) Air Rapture iPhone 4;

(4) Air Rapture Blackberry 8520 / 9300;

(5) Air Rapture Blackberry 9900;

(6) Air Rapture HTC myTouch 4G;

(7) Air Rapture HTC Thunderbolt;

(8) Air Rapture HTC Incredible S;

(9) Air Rapture HTC Sensation 4G;

(10) Air Rapture Samsung T959;

(11) Air Rapture Samsung i997;

(12) Air Rapture Samsung i900;

(13) Rapture iTouch 4;

(14) Rapture Blackberry 8520 / 9300;

(15) Air Rapture Blackberry 9800;

(16) Air Rapture HTC EVO 3D;

(17) Air Rapture Motorola Atrix 4G;

    (18) Frabel iPhone 4/4S;

    (19) Frabel Motorola Droid X;

    (20) Shell Shock Blackberry 9900; and

    (21) Shell Shock iPad 2.

  6. The injunction referenced in Paragraph 5 hereof is limited only to the actual protective cases that are depicted in Exhibit A.  Global Cellular is not enjoined from using, by way of example, the packaging or other trade dress elements of the products listed in Exhibit A, such as color.  Moreover, nothing in this Consent Decree precludes Global Cellular from registering or in any way using the "Shell Shock" or "Air Rapture" or "Frabel" names and trademarks.

  7. This Consent Decree is binding on Global Cellular, and its subsidiaries, successors, and assigns.

  8. The Court expressly determines that there is no just reason for delay in entering this Consent Decree, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of this Consent Decree against Global Cellular.

## CONSENTS

The Plaintiff, Otter Products, LLC, by and through the undersigned having full authority to bind the company, hereby consents to the issuance and entry of a Consent Decree in the form and content as set forth above without further notice.

Dated: November 17, 2011                     OTTER PRODUCTS, LLC

                                                     By:   /s/ *James W. Beard*

                                                     Print: James W. Beard
                                                                           TURNER BOYD LLP

                                                     Title: *Attorneys for Otterbox Products, LLC*

The Defendant, Global Cellular, Inc., by and through the undersigned having authority to bind the company, hereby consents to the issuance and entry of a Consent Decree in the form and content as set forth above without further notice.

Dated: November 17, 2011                     GLOBAL CELLULAR, INC.

                                                     By:   /s/ *John Posthumus*

                                                     Print: John Posthumus
                                                                           SHERIDAN ROSS P.C.
                                                     Title: *Attorney for Global Cellular, Inc.*

SO ORDERED: _____, Colorado

_____
U.S.D.J.

# EXHIBIT A

**CONFIDENTIAL INFORMATION
FILED UNDER SEAL**

CONFIDENTIAL INFORMATION

| Cellairis Air Rapture iPhone 4 | Cellairis Rapture iTouch 4 |
|---|---|
| | |
| **Cellairis Rapture Blackberry 8520 / 9300** | **Cellairis Shell Shock iPhone 3G** |
| | |

CONFIDENTIAL INFORMATION

| Cellairis Shell Shock iPhone 4 | Cellairis Air Rapture Blackberry 8520 / 9300 |
|---|---|
|  |  |
| **Cellairis Air Rapture HTC Incredible S** | **Cellairis Air Rapture myTouch 4G** |
|  |  |

CONFIDENTIAL INFORMATION

| | |
|---|---|
| **Cellairis Air Rapture Blackberry 9900**<br /> | **Cellairis Air Rapture HTC Thunderbolt**<br /> |
| **Cellairis Air Rapture Samsung T959**<br /> | **Cellairis Air Rapture HTC Sensation 4G**<br /> |

Case 1:11-cv-01494-PAB-CBS   Document 48-1   Filed 11/17/11   USDC Colorado   Page 9 of 12

CONFIDENTIAL INFORMATION

| **Cellairis Air Rapture Samsung i997**  | **Cellairis Air Rapture Samsung i900**  |
|---|---|
| **Cellairis Air Rapture Blackberry 9800**  | **Cellairis Air Rapture HTC EVO 3D**  |

CONFIDENTIAL INFORMATION



| **Cellairis Air Rapture Motorola Atrix 4G** | **Cellairis Frabel i Phone 4 / 4S** |
|---|---|
|  |  |
| **Cellairis Frabel Motorola Droid X** | **Cellairis Shell Shock Blackberry 9900** |
|  |  |

CONFIDENTIAL INFORMATION

| **Cellairis Shell Shock iPad 2** | |
|---|---|
| | |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California; my business address is 2570 W. El Camino Real, Suite 380, Mountain View, CA 94040; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

**CONSENT DECREE** and **EXHIBIT A** (attached)

on the parties shown below, which was filed under seal on this date using the Electronic Case Filing system for the District Court for the District of Colorado:

SHERIDAN ROSS P.C.
John R. Posthumus
1560 Broadway, Suite 1200
Denver, Colorado 80202

*Attorney for Defendants Global Cellular, Inc. and Cellairis Franchise, Inc.*

__X__ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

Executed this 17th day of November 2011 at Mountain View, California.

_____
James W. Beard

FILED UNDER SEAL