IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01494-PAB-CBS

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

GLOBAL CELLULAR, INC., a Georgia Corporation, and
CELLAIRIS FRANCHISE, INC., a Georgia corporation,

    Defendants.

_____

## ORDER
_____

This matter is before the Court on the stipulated motion to dismiss defendant Cellairis Franchise, Inc. [Docket No. 47] pursuant to Fed. R. Civ. P. 41(a)(2). The Court having reviewed the motion, it is

**ORDERED** that the stipulated motion to dismiss defendant Cellairis Franchise, Inc. [Docket No. 47] is GRANTED. Plaintiff's complaint is dismissed without prejudice as to defendant Cellairis Franchise, Inc, with each party to bear its own costs, expenses, and attorney's fees.

DATED November 17, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge