IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01494-PAB-CBS

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

     Plaintiff,

v.

GLOBAL CELLULAR, INC., a Georgia Corporation,

     Defendant.

_____

## ORDER
_____

     This matter is before the Court on the Stipulated Motion to Dismiss Countercomplaint Against Counterdefendant Otter Products, LLC [Docket No. 51]. The Court having reviewed the motion, it is

     **ORDERED** that the Stipulated Motion to Dismiss Countercomplaint Against Counterdefendant Otter Products, LLC [Docket No. 51] is GRANTED. Defendant Global Cellular, Inc.'s countercomplaint against plaintiff is dismissed without prejudice, with each party to bear its own costs, expenses, and attorney's fees. It is further

     **ORDERED** that plaintiff's motion to dismiss defendant's counterclaims [Docket No. 23] is denied as moot.

     DATED November 28, 2011.

BY THE COURT:

    s/Philip A. Brimmer
    _____
    PHILIP A. BRIMMER
    United States District Judge