IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01494-PAB-CBS

OTTER PRODUCTS, LLC,
a Colorado Limited Liability Company,

    Plaintiff,

v.

GLOBAL CELLULAR, INC., a Georgia Corporation,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the parties' Joint Motion for Entry of Consent Decree [Docket No. 48] filed under seal on November 17, 2011.

    On November 29, 2011, the Court denied the parties' motion to seal [Docket No. 55] the joint motion and consent decree and noted that, upon denial of a motion to seal, a "paper filed under seal shall be deemed part of the public record . . . unless otherwise requested and ordered by the court." D.C.COLO.LCivR 7.2(J).[1]  The Court, however, gave the parties five days within which to pose any objections to opening their motion and consent decree to the public.  *See* Docket No. 55 at 2.  The parties have not filed any objections.  Therefore, the Court will remove the filing restrictions on the joint motion and consent decree, as well as the Court's November 29 Order.

    In the joint motion, the parties indicate that they "have agreed to conditions

---

    [1]This provision is from the Local Rules applicable at the time the parties filed their joint motion to seal.  New Local Rules went into effect on December 1, 2011.

described in the attached Consent Decree" and "have entered into [the] Consent Decree for the purpose of resolving the complaint of [plaintiff] against [defendant]." Docket No. 48 at 2, ¶¶ 2-3.  The Court having reviewed the joint motion and consent decree, it is

**ORDERED** that the Joint Motion for Entry of Consent Decree [Docket No. 48] is GRANTED.  It is further

**ORDERED** that the Consent Decree entered into between the parties [Docket No. 48-1] is adopted as an Order of the Court and judgment shall enter accordingly.  It is further

**ORDERED** that the filing restrictions on the Joint Motion for Entry of Consent Decree [Docket No. 48] and the Court's November 29, 2011 Order [Docket No. 55] shall be removed.  It is further

**ORDERED** that this matter shall be closed in its entirety.


DATED December 12, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge